CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
NOV 2 8 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil Action No.:7:06cv00240 |
| v. ) | **FINAL ORDER** |
| ) | By: Samuel G. Wilson |
| HENRY ALLEN STANLEY ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Henry Allen Stanley's motion pursuant to 28 U.S.C. § 2255 that his plea of guilty was involuntary is **DISMISSED** without prejudice. This matter is **STRICKEN** from the active docket of the court.

Henry Allen Stanley is advised he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all parties.

**ENTER**: This November 28, 2006.

_____
UNITED STATES DISTRICT JUDGE